**SURREYS ON THE PLAZA, INC. and Charles E. Allenbrand, Respondents,**

v.

**HARBOUR WHOLESALE, INC and Ed L. Becker, Appellants.**

**No. WD 68112.**

Missouri Court of Appeals,
Western District.

May 20, 2008.

Christina Miller, Blue Springs, MO, for appellants.

Cathleen A. Shine, Harrisonville, MO, for respondents.

Before RONALD R. HOLLIGER, P.J., HAROLD L. LOWENSTEIN, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM.

Mr. Ed Becker and Harbour Wholesale, Inc. appeal the judgment of the circuit court construing an agreement with Mr. Charles Allenbrand and Surreys on the Plaza, Inc. against them and for failing to construe ambiguities in the agreement against Mr. Allenbrand and Surreys on the Plaza, Inc.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).